IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Vimalkumar Harshadbhai Patel, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No.: 6:22-cv-00744-TMC |
| | ) | |
| v. | ) | |
| | ) | |
| Merrick B. Garland, | ) | |
| Attorney General of the United States; | ) | |
| Alejandro Mayorkas, | ) | |
| Secretary, U.S. Department of | ) | |
| Homeland Security; | ) | |
| Ur Jaddou, | ) | |
| Director, U.S. Citizenship and | ) | |
| Immigration Services; and | ) | |
| Loren Miller, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

On July 12, 2022, the parties successfully mediated this case. Plaintiff will file a new Form I-290B at the Nebraska Service Center with any new accompanying evidence. U.S. Citizenship and Immigration Services ("USCIS") will reopen the denied I-918, I-918A and I-192 petitions for Plaintiff and Plaintiff's spouse within 30 days upon receipt of the newly filed Form I-290B. Furthermore, USCIS will consider new evidence to be submitted to the agency by Plaintiff. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to dismissal of this case without prejudice.

[SIGNATURE BLOCKS ON NEXT PAGE]

Respectfully submitted,

COREY F. ELLIS
UNITED STATES ATTORNEY

*/s/ Martin L. Holmes, Jr.*
Martin L. Holmes, Jr. (#13538)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Telephone: (843) 266-1666
Email: Martin.Holmes@usdoj.gov
*Attorney for all Defendants*

/s/ *Joseph O. Smith*
Joseph O. Smith (#10551)
Smith Hudson Law, LLC
200 North Main Street
Suite 301-C
Greenville, SC 29601
Tel: 864-908-3913
Email: jsmith@smithhudsonlaw.com
*Attorney for Plaintiff*
*Vimal Harshadbhai Patel*

Lucy Lu, Esq.
aiLegal Law
3400 Peachtree Road NE
Suite 1100
Atlanta, GA 30326
Tel: 404-596-8773
Email: info@ailegallaw.com
*Attorney for Plaintiff*
*Vimalkumar Harshadbhai Patel*
*Pro Hac Vice* Admission

July 14, 2022

2